IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-41101
_____

In The Matter Of: LINDA FREEMAN,
                      Debtor.


LINDA FREEMAN,

                                              Appellant,

                          versus

DOSOHS I, LIMITED,

                                              Appellee.
_____

Appeal from the United States District Court for the
        Eastern District of Texas, Tyler
              (6:96-CV-272)
_____
August 19, 1997

Before JOLLY, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     The bankruptcy court granted the creditor's motion for summary

judgment on the grounds of res judicata, and the district court

affirmed.  After reviewing the record, studying the briefs, and

considering the arguments presented to this court, we have

concluded that the district court did not err in concluding that

the debtor, Linda Freeman, failed to raise a genuine issue of

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

material fact on the issue whether the $80,000 note that was the subject of the agreed stipulation was an extension of the $70,000 note involved in this appeal. Consequently, the § 4001 stipulation acted as res judicata in the subsequent bankruptcy proceeding.

The judgment of the district court granting the creditor's motion for summary judgment is therefore

A F F I R M E D.